Cornelius MOORE, Appellant,

v.

Gregory L. SIMS; Unknown Wilhelm, Lt.; Luke Wilke; City of Lincoln Police Department; Beverly Hawk; Cornhusker Place Detoxification Center; City of Lincoln, Nebraska, Appellees.

No. 04–1547.

United States Court of Appeals, Eighth Circuit.

Submitted June 23, 2004.

Decided July 14, 2005.

Cornelius Moore, Lincoln, NE, pro se.

Richard C. Anderson, City Attorney's Office, Dean J. Sitzmann, Wolfe & Snowden, Lincoln, NE, for Appellees.

Before BYE, MCMILLIAN and RILEY, Circuit Judges.

PER CURIAM.

Cornelius Moore, a Nebraska inmate, appeals from the final judgment entered in the District Court[1] for the District of Nebraska denying Moore's third Fed.R.Civ.P. 60(b)(6) motion. Having thoroughly reviewed the record, we conclude that the district court did not abuse its discretion in denying the motion. It was not filed within a reasonable time, it presented arguments that could have been raised in a timely appeal from the underlying judgment, and it also presented arguments that had been previously rejected by the district court. *See Swope v. Siegel–Robert, Inc.,* 243 F.3d 486, 498 (8th Cir.) (Rule 60(b) movant must demonstrate exceptional circumstances to obtain relief; denial of motion reviewed for abuse of discretion), *cert. denied,* 534 U.S. 887, 122 S.Ct. 198, 151 L.Ed.2d 139 (2001).

Accordingly, we affirm. *See* 8th Cir. R. 47A(a). We deny Moore's motion for production of the record.

---

1. The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.